# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JUAN C. RIOS,<br><br>              Plaintiff,<br><br>   v.<br><br>ROMEO ARANAS, et al.,<br><br>              Defendants. | Case No. 2:17-cv-03074-RFB-BNW<br><br>**ORDER** |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 28), dated October 21, 2019. The court ordered the parties to meet and confer and file a proposed discovery plan and scheduling order by November 10, 2019. The parties did not comply with that deadline or request an extension of time to do so. The parties must meet and confer and file a proposed discovery plan and scheduling order by December 18, 2019. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: November 27, 2019

                                                  BRENDA WEKSLER
                                                  UNITED STATES MAGISTRATE JUDGE