AARON D. FORD
Attorney General
Katlyn M. Brady (Bar No. 14173)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendant Romeo Aranas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>G. BRYAN, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** |

Plaintiff Juan C. Rios, by and through counsel Ryan Hamilton, and Defendant Romeo Aranas, by and through counsel Katlyn M. Brady, stipulate and agree to extend the dispositive motion deadline.

The parties stipulate and agree to extend the dispositive motion deadline thirty days to Monday, June 8, 2020.

The parties stipulate and agree to extend the deadline to file a joint pretrial order to July 8, 2020. If a dispositive motion is filed, then the parties agree to suspend this deadline until 30 days after this Court enters a ruling on the dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

This is the Parties' first request to extend this deadline. The Parties represent that this Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 4th day of May, 2020.                    DATED this 4th day of May, 2020.

HAMILTON LAW                                        AARON D. FORD
                                                    Attorney General

By: /s/ Ryan Hamilton                               By:/s/ Katlyn M. Brady
    Ryan Hamilton                                      Katlyn M. Brady
    Nevada Bar No. 11587                                Nevada Bar No. 14173
    5125 S. Durango Dr., Ste. C                         555 E. Washington Avenue
    Las Vegas, NV 89113                                 Ste. 3900
    *Attorney for Plaintiff*                            Las Vegas, Nevada 89101
                                                    *Attorneys for Defendant*

### ORDER

**SO ORDERED.** The Defendant shall have until June 8, 2020 to file an Answer or Responsive Pleading to the First Amended Complaint.

Dated this 5th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE