Ryan A. Hamilton, Esq.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff,*
*Juan C. Rios*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>Plaintiff,<br><br>vs.<br><br>G. BRYAN, *et al*.,<br><br>Defendants. | Case No. 2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

Plaintiff Juan C. Rios, by and through counsel Ryan Hamilton, and Defendant Romeo Aranas, by and through counsel Katlyn M. Brady, stipulate and agree to extend the briefing schedule on Defendants' Motion for Summary Judgment, as set forth below.

1. Defendants filed their Motion for Summary Judgment on June 8, 2020. Presently, Plaintiff's Opposition to the Motion is due on Monday, June 29, 2020.

2. The parties are engaging in settlement discussions and would like to extend briefing on the Motion while engaging in settlement discussions.

3. To that end, the parties stipulate and agree to extend the date for Plaintiff to file his Opposition to the Motion to and including Wednesday, July 29, 2020, and the date for Defendants to file their Reply is Friday, August 28, 2020.

/ / /

/ / /

/ / /

/ / /

This is the Parties' first request to extend this deadline. The Parties represent that this Stipulation is sought in good faith, is not interposed for undue delay, and is not filed for an improper purpose.

DATED this 26th day of June 2020.  　　DATED this 26th day of June 2020.

HAMILTON LAW　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ Ryan Hamilton　　　　　　　　　By:/s/ Katlyn M. Brady
　　Ryan Hamilton　　　　　　　　　　　　Katlyn M. Brady
　　Nevada Bar No. 11587　　　　　　　　Nevada Bar No. 14173
　　5125 S. Durango Dr., Ste. C　　　　　555 E. Washington Avenue
　　Las Vegas, NV 89113　　　　　　　　Ste. 3900
　　*Attorney for Plaintiff*　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Plaintiff shall have until July 29, 2020 to file an Opposition to Defendant's Motion for Summary Judgment. Defendants shall have until August 28, 2020 to file any Reply in support of the Motion for Summary Judgment.

Dated this  30th day of June 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE