**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JUAN C. RIOS, | Case No.: 2:17-cv-03074-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| G. BRYAN, et al., | |
| Defendants. | |

Presently before the Court is Defendant Dr. Romeo Arunas's motion to seal. ECF No. 37. The motion was submitted on behalf of Defendant by and through the office of the Attorney General for the State of Nevada. *Id*. at 1. No opposition was filed.

Defendant seeks to seal Exhibits B and D to his Motion for Summary Judgment, which contain portions of Plaintiff's medical records. ECF Nos. 37, 38. The Court finds that Defendant has met the compelling reasons standard required to seal the above-mentioned documents and will therefore grant Defendant's motion.

**I.    Background**

Plaintiff, a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 16. Plaintiff alleges that medical personnel at NDOC were deliberately indifferent to his serious medical needs, negligent, and denied him his due process rights. ECF No. 16 at 4-6.

Here, the Court finds that compelling reasons standard applies because the exhibits Defendant seeks to seal are attached to his motion for summary judgment, a dispositive motion. ECF No. 36; *see Kamakana*, 447 F.3d at 1178-79.

The Court finds that Defendant meets the compelling reasons standard required to seal the above-mentioned documents. *See Kamakana*, 447 F.3d at 1178. Plaintiff's interest in maintaining the confidentiality of his medical records outweighs the public's need to access these records. *See id*. And courts within the Ninth Circuit have found that the need to protect patients' medical privacy meets the compelling reasons standard. *See, e.g., San Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL89931, at *n.1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL4715793, at * 1-2 (D. HI. Nov. 15, 2010). Accordingly, the Court will grant Defendant's motion.

### III. Conclusion

**IT IS ORDERED** that Defendant's Motion to File Exhibits B and D to Defendant's Motion for Summary Judgment Under Seal (ECF No. 37) is GRANTED.

DATED: August 6, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE