Ryan A. Hamilton, Esq.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff,*
*Juan C. Rios*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>G. BRYAN, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Plaintiff Juan C. Rios, by and through counsel Ryan Hamilton, and Defendant Romeo Aranas, by and through counsel Katlyn M. Brady, stipulate and agree to extend the briefing schedule on Defendants' Motion for Summary Judgment, as set forth below.

1. Defendants filed their Motion for Summary Judgment on June 8, 2020.

2. To allow the parties to engage in settlement discussions, the parties stipulated to extend the briefing schedule. Per the extension Plaintiff's Opposition was due July 29, 2020.

3. After the stipulation was granted, counsel for the Plaintiff mistakenly came to believe that his Opposition was due August 28, 2020, instead of July 29, 2020. (August 28, 2020 is the deadline for Defendant's Reply.)

4. On August 14, 2020, Plaintiff's counsel realized his mistake and contacted counsel for Defendant. Counsel for Defendant graciously agreed to allow Plaintiff two additional weeks to file his Opposition.

5. To that end, the parties stipulate and agree to extend the date for Plaintiff to file his Opposition to the Motion to and including Friday, August 28, 2020, and the date for Defendants to file their Reply is Friday, September 11, 2020.

This is the Parties' second request to extend this deadline. The Parties represent that this Stipulation is sought in good faith, is not interposed for undue delay, and is not filed for an improper purpose.

DATED this 18th day of August 2020.

HAMILTON LAW

By: */s/ Ryan Hamilton*
    Ryan Hamilton
    Nevada Bar No. 11587
    5125 S. Durango Dr., Ste. C
    Las Vegas, NV 89113
    *Attorney for Plaintiff*

DATED this 18th day of August 2020.

AARON D. FORD
Attorney General

By: */s/ Katlyn M. Brady*
    Katlyn M. Brady
    Nevada Bar No. 14173
    555 E. Washington Avenue
    Ste. 3900
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED.**

Plaintiff shall have until August 28, 2020 to file an Opposition to Defendant's Motion for Summary Judgment. Defendants shall have until Friday, September 11, 2020 to file any Reply in support of the Motion for Summary Judgment.

Dated this 20th day of August 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2020.