LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant,*
*Joseph Lombardo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>          Defendants. | CASE NO.:   2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br>**(First Request)** |

Juan C. Rios, ("Plaintiff") through his attorney Ryan A. Hamilton, and Joseph Lombardo ("Lombardo") through his counsel, Kaempfer Crowell, stipulate and agree to extend the time for Lombardo to file an Answer to Plaintiff's Second Complaint (ECF No. 62), from the current due date of October 13, 2023, to a new due date of October 16, 2023.  This request is submitted pursuant to LR IA 6-1 and 6-2 and is the parties' first request for an extension of time for Lombardo to file his Answer to the Second Amended Complaint.

Good cause exists for this extension.  Lombardo's counsel needs additional time to prepare and finalize an Answer to the Second Amended Complaint in light of a recently busy

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3559179_1.doc  6943 278

Page 1 of 2

litigation schedule in other matters.  The Parties represent that this Stipulation is sought in good faith, is not interposed for undue delay, and will not cause prejudice to Plaintiff.

DATED this 13th day of October, 2023.

KAEMPFER CROWELL

By:  */s/ Lyssa S. Anderson*
　　　LYSSA S. ANDERSON
　　　Nevada Bar No. 5781
　　　KRISTOPHER J. KALKOWSKI
　　　Nevada Bar No. 14892
　　　1980 Festival Plaza Drive, Suite 650
　　　Las Vegas, Nevada  89135

*Attorneys for Defendant,*
*Joseph Lombardo*

DATED this 13th day of October, 2023.

HAMILTON LAW

By:  */s/ Ryan A. Hamilton*
　　　RYAN A. HAMILTON
　　　Nevada Bar No. 11587
　　　5125 S. Durango Drive
　　　Las Vegas, NV 89113

*Attorneys for Plaintiff*

## ORDER

　　IT IS SO ORDERED.

　　Dated this 16th  day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3559179_1.doc  6943 278

Page 2 of 2