LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant,*
*Joseph Lombardo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS, | CASE NO.:   2:17-cv-03074-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF THE MOTION FOR RECONSIDERATION** |
| JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1-100, ROE Corporations I – X, inclusive, | **[ECF No. 79]** |
| Defendants. | |

Defendant Joseph Lombardo ("Lombardo"), through his counsel, Kaempfer Crowell, and Plaintiff Juan C. Rios, through his counsel, Hamilton Law, stipulate and agree to extend the current deadline of November 7, 2023, for Lombardo to file a Reply in support of the Motion for Reconsideration, (ECF No. 79), by seven days, which will create a new deadline of **November 14, 2023**.

1.  On October 17, 2023, Defendant Lombardo filed a Motion for Reconsideration, (ECF No. 79).

2.  Plaintiff timely filed a Response, (ECF No. 80), on October 31, 2023.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3577616_1.doc  6943.278

Page 1 of 2

3. Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 impose a good cause standard to extend the deadline file a Reply. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

4. Good cause exists to extend the deadline for Lombardo to file the Reply by one week in light of Lombardo's counsel briefly being ill and deadlines in other matters before the Court arising at the same time as the Reply's current due date of November 7, 2023.

5. An extension of time will ensure that the Court has appropriate briefing on Lombardo's Motion for Reconsideration before making a ruling. Neither party will suffer prejudice from an extension of time.

DATED this 6th day of November, 2023.

| KAEMPFER CROWELL | HAMILTON LAW |
|---|---|
| By: */s/ Lyssa S. Anderson* | By: */s/ Ryan A. Hamilton* |
| LYSSA S. ANDERSON | RYAN A. HAMILTON, ESQ. |
| Nevada Bar No. 5781 | Hamilton Law |
| KRISTOPHER J. KALKOWSKI | 5125 S. Durango Drive |
| Nevada Bar No. 14892 | Las Vegas, NV 89113 |
| 1980 Festival Plaza Drive, Suite 650 | ***Attorneys for Plaintiff*** |
| Las Vegas, Nevada 89135 | |
| ***Attorneys for Defendant Joseph Lombardo*** | |

**IT IS SO ORDERED.**

DATED this 7th day of November 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3577616_1.doc  6943.278

Page 2 of 2