Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, Nevada 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS<br><br>            Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1 — 10; ROE CORPORATIONS I — X, inclusive,<br><br>            Defendants. | Case No.:    2:17-CV-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSEPH LOMBARDO'S MOTION FOR SUMMARY JUDGMENT (First Request)** |

IT IS HEREBY STIPULATED AND AGREED UPON, by and between counsel for Plaintiff RYAN A. HAMILTON, ESQ., of HAMILTON LAW, and counsel for Defendant LYSSA ANDERSON, ESQ., of KAEMPFER CROWELL, that Plaintiff's response to Defendant's Motion for Summary Judgment is extended to and including August 28, 2024. The current deadline for Plaintiff's response is August 7, 2024.

1

This stipulation is entered into for the following reasons:

1. Counsel for Plaintiff has had three (3) Ninth Circuit briefs due within weeks of one another;

2. Counsel for Plaintiff's loved one was rushed to the hospital due to sustaining an injury. It is noted that counsel's loved has been discharged from the hospital since and is making a speedy recovery;

3. Counsel's staff member was on vacation for nearly a week and was understaffed; and

4. The parties agree to the requested extension.

DATED this 7th day of August 2024.

DATED this 7th day of August 2024.

/s/Ryan A. Hamilton
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

/s/Lyssa Anderson
Lyssa Anderson, Esq.
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
(702) 792-7000
(702) 796-7181 (fax)
landerson@kcnvlaw.com

*Attorney for Defendant,*
*Joseph Lombardo*

Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, Nevada 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1 — 10; ROE CORPORATIONS I — X, inclusive,<br><br>Defendants. | Case No.:   2:17-CV-03074-RFB-BNW<br><br>**PROPOSED ORDER GRANTING PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSEPH LOMBARDO'S MOTION FOR SUMMARY JUDGMENT** |

## FINDINGS OF FACT

Based on the pending stipulationg of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for Plaintiff has had three (3) Ninth Circuit briefs due within weeks on one another;

1

2.     Counsel for Plaintiff has had a loved one rushed to the hospital due to an injury;

3.     Counsel for Plaintiff has been short staffed;

4.     The parties agree to this continuance.

DATED this 7th day of August 2024.          DATED this 7th day of August 2024.

/s/Ryan A. Hamilton                                      /s/Lyssa Anderson
Ryan A. Hamilton, Esq.                               Lyssa Anderson, Esq.
Nevada Bar No. 11587                                **KAEMPFER CROWELL**
**HAMILTON LAW**                                      1980 Festival Plaza Drive, Suite 650
5125 S. Durango Drive                               Las Vegas, NV 89135
Las Vegas, NV 89113                                 (702) 792-7000
(702) 818-1818                                           (702) 796-7181 (fax)
(702) 974-1139 (fax)                                  landerson@kcnvlaw.com
Ryan@HamLegal.com

*Attorney for Plaintiff,*                               *Attorney for Defendant,*
*Juan C. Rios*                                             *Joseph Lombardo*

**ORDER**

IT IS HEREBY ORDERED that Plaintiff Juan C. Rios' response to Defendant Joseph Lombardo's Motion for Summary Judgment is hereby extended to August 28, 2024.

DATED this 8th day of August 2024.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE