Ryan A. Hamilton, Esq.
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr.
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com

*Attorney for the Plaintiff,*
*Juan C. Rios*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>        Plaintiff,<br><br>    vs.<br><br>G. BYRAN, et al.,<br><br>        Defendants. | CASE NO. 2:17-CV-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSEPH LOMBARDO'S MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED UPON, by and between counsel for Plaintiff RYAN A. HAMILTON, ESQ., of HAMILTON LAW, and counsel for Defendant LYSSA ANDERSON, ESQ., of KAEMPFER CROWELL, that Plaintiff's response to Defendant's Motion for

1

Reconsideration be extended to and including April 25, 2025. The current deadline for Plaintiff's response is April 18, 2025.

This stipulation is entered into for the following reasons:

1. Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

2. Such demands have included multiple briefs and an all-day mediation within the past week;

3. Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

DATED this 18th day of April 2025.     DATED this 18th day of April 2025.

/s/Ryan A. Hamilton                    /s/Lyssa Anderson
Ryan A. Hamilton, Esq.                 Lyssa Anderson, Esq.
Nevada Bar No. 11587                   **KAEMPFER CROWELL**
**HAMILTON LAW**                       1980 Festival Plaza Drive, Suite 650
5125 S. Durango Drive                  Las Vegas, NV 89135
Las Vegas, NV 89113                    (702) 792-7000
(702) 818-1818                         (702) 796-7181 (fax)
(702) 974-1139 (fax)                   landerson@kcnvlaw.com
Ryan@HamLegal.com

*Attorney for Plaintiff,*              *Attorney for Defendant,*
*Juan C. Rios*                         *Joseph Lombardo*

2

Ryan A. Hamilton, Esq.
NEVADA BAR NO. 11587
**HAMILTON LAW**
5125 S. Durango Dr.
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com

*Attorney for the Plaintiff,
Juan C. Rios*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>              Plaintiff,<br><br>    vs.<br><br>G. BYRAN, et al.,<br><br>              Defendants. | CASE NO.: 2:17-CV-03074-RFB-BNW<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSEPH LOMBARDO'S MOTION FOR RECONSIDERATION** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

1

2. Such demands have included multiple briefs and an all-day mediation within the past week;

3. Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between counsel for Plaintiff RYAN A. HAMILTON, ESQ., of HAMILTON LAW, and counsel for Defendant LYSSA ANDERSON, ESQ., of KAEMPFER CROWELL, that Plaintiff's response to Defendant's Motion for Reconsideration be extended to and including April 25, 2025. The current deadline for Plaintiff's response is April 18, 2025.

This stipulation is entered into for the following reasons:

4. Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

5. Such demands have included multiple briefs and an all-day mediation within the past week;

/ / /

/ / /

/ / /

2

6. Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

| DATED this 18th day of April 2025. | DATED this 18th day of April 2025. |
|---|---|
| */s/Ryan A. Hamilton* | */s/Lyssa Anderson* |
| Ryan A. Hamilton, Esq.<br>Nevada Bar No. 11587<br>**HAMILTON LAW**<br>5125 S. Durango Drive<br>Las Vegas, NV 89113<br>(702) 818-1818<br>(702) 974-1139 (fax)<br>Ryan@HamLegal.com<br><br>*Attorney for Plaintiff,*<br>*Juan C. Rios* | Lyssa Anderson, Esq.<br>**KAEMPFER CROWELL**<br>1980 Festival Plaza Drive, Ste 650<br>Las Vegas, NV 89135<br>(702) 792-7000<br>(702) 796-7181 (fax)<br>landerson@kcnvlaw.com<br><br>*Attorney for Defendant,*<br>*Joseph Lombardo* |

3

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff Juan C. Rios' response to Defendant Joseph Lombardo's Motion for Reconsideration is hereby extended to April 25, 2025.

DATED this 21st day of April, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

4