Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**Hamilton Law**
5125 S. Durango Drive
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1 — 10; ROE CORPORATIONS I — X, inclusive,<br><br>      Defendants. | Case No.:   2:17-CV-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSPEH LOMBARDO'S MOTION FOR RECONSIDERATION**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED UPON, by and between counsel for Plaintiff RYAN A. HAMILTON, ESQ., of Hamilton Law, and counsel for Defendant LYSSA ANDERSON, ESQ., of Kaempfer Crowell, that Plaintiff's response to Defendant's Motion for Reconsideration be extended to and including May 2, 2025.

This stipulation is entered into for the following reasons:

1.      Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

2.      Such demands have included multiple briefs, numerous hearings for criminal defense cases, and a settlement conference in a business-litigation case involving complicated issues;

3.      Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

DATED this 25th day of April 2025.          DATED this 25th day of April 2025.

*/s/Ryan A. Hamilton*                                    */s/Lyssa Anderson*

Ryan A. Hamilton, Esq.                              Lyssa Anderson, Esq.
Nevada Bar No. 11587                              **KAEMPFER CROWELL**
**HAMILTON LAW**                                  1980 Festival Plaza Drive, Suite 650
5125 S. Durango Drive                              Las Vegas, NV 89135
Las Vegas, NV 89113                              (702) 792-7000
(702) 818-1818                                        (702) 796-7181 (fax)
(702) 974-1139 (fax)                              landerson@kcnvlaw.com
Ryan@HamLegal.com

*Attorney for Plaintiff,*                              *Attorney for Defendant,*
*Juan C. Rios*                                          *Joseph Lombardo*

Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**Hamilton Law**
5125 S. Durango Drive
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS<br><br>     Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1 — 10; ROE CORPORATIONS I — X, inclusive,<br><br>     Defendants. | Case No.: 2:17-CV-03074-RFB-BNW<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF JUAN C. RIOS' TIME TO RESPOND TO DEFENDANT JOSPEH LOMBARDO'S MOTION FOR RECONSIDERATION**<br><br>**(Second Request)** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

1

2.      Such demands have included multiple briefs, numerous hearings for criminal defense cases, and a settlement conference in a business-litigation case involving complicated issues;

3.      Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between counsel for Plaintiff RYAN A. HAMILTON, ESQ., of Hamilton Law, and counsel for Defendant LYSSA ANDERSON, ESQ., of Kaempfer Crowell, that Plaintiff's response to Defendant's Motion for Reconsideration be extended to and including May 2, 2025. The current deadline for Plaintiff's response is April 25, 2025.

This stipulation is entered into for the following reasons:

1.      Counsel for Plaintiff has had an unusually high level of professional demands that have prevented him from completing the response at issue;

2.      Such demands have included multiple briefs, numerous hearings for criminal defense cases, and a settlement conference in a business-litigation case involving complicated issues;

/ / /

/ / /

/ / /

3.    Consequently, counsel for Plaintiff requested that counsel for Defendant agree to the proposed extension and counsel for Defendant graciously extended this professional courtesy.

DATED this 25th day of April 2025.

/s/Ryan A. Hamilton
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
Ryan@HamLegal.com

*Attorney for Plaintiff,*
*Juan C. Rios*

DATED this 25th day of April 2025.

/s/Lyssa Anderson
Lyssa Anderson, Esq.
**KAEMPFER CROWELL**
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
(702) 792-7000
(702) 796-7181 (fax)
landerson@kcnvlaw.com

*Attorney for Defendant,*
*Joseph Lombardo*

1    **IT IS SO ORDERED.**

2    **DATED**: this 25th day of April 2025.

3

4                                                _____

5                                                RICHARD F. BOULWARE, II
                                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25