LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
*Attorneys for Defendant,*
*Joseph Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>        Defendants. | CASE NO.:   2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO STAY JOINT PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and request that the deadline for the parties to submit the Joint Pretrial Order, currently set for May 9, 2025, be stayed pending a ruling on the Motion for Reconsideration filed at ECF No. 103.  This is the first request regarding the deadline to file the Joint Pretrial Order between the parties.

As noted above, Joseph Lombardo filed a Motion for Reconsideration on April 4, 2025, following this Court's ruling on dispositive motions. [ECF No. 103].  Plaintiff's response to the Motion for Reconsideration is currently April 18, 2025; however, Stipulations requesting the deadline to be extended were filed.  Lombardo will file a reply following Plaintiff filing his response.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3965172_1.doc  6943.278

Page 1 of 2

There is good cause to stay the deadline to submit a Joint Pretrial Order. The Motion for Reconsideration is not yet fully briefed and a decision on it has not been made by the Court. The parties believe it is in their best interest and the best interest of this Court to stay the deadline for the parties to submit the Joint Pre-Trial Order until the Court has ruled on the pending Motion for Reconsideration. Following a decision on the Motion for Reconsideration, the parties agree to submit a Joint Pre-Trial Order within thirty (30) days of the decision. This will prevent any unnecessary confusion and/or efforts by the parties and Court that may be moot depending on the Court's ruling.

Based upon the forgoing, the parties make this request jointly and ask the Court stay the Joint Pre-Trial Order deadline.

DATED this 29th day of April, 2025.

By: /s/ Lyssa S. Anderson
Lyssa S. Anderson (SBN 5781)
Kristopher J. Kalkowski (SBN 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Joseph Lombardo*

DATED this 29th day of April, 2025.

By: /s/ Ryan A. Hamilton
Ryan A. Hamilton, Esq. (SBN 11587)
5125 S. Durango Drive
Las Vegas, NV 89113
*Attorneys for Plaintiff,*
*Juan C. Rios*

**IT IS SO ORDERED.**

**DATED**: this 6th day of May, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE