LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant,*
*Joseph Lombardo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. RIOS,<br><br>            Plaintiff,<br>vs.<br><br>JOSEPH LOMBARDO, CLARK COUNTY SHERIFF; and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>            Defendants. | CASE NO.: 2:17-cv-03074-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION**<br>**[ECF No. 103]** |

Defendant Joseph Lombardo ("Lombardo"), through his counsel, Kaempfer Crowell, and Plaintiff Juan C. Rios, through his counsel, Hamilton Law, stipulate and agree to extend the current deadline of May 9, 2025, for Lombardo to file a Reply in support of the Motion for Reconsideration, (ECF No. 103), by seven days, which will create a new deadline of **May 16, 2025**.

1. On April 4, 2025, Defendant Lombardo filed a Motion for Reconsideration, (ECF No. 103).

2. Plaintiff filed a Response, (ECF No. 109), on May 2, 2025.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.278

Page 1 of 2

3. Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 impose a good cause standard to extend the deadline file a Reply. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

4. Good cause exists to extend the deadline for Lombardo to file the Reply by one week as Lombardo's counsel will be out of the Office for several days attending the 2025 District Court Conference in Reno Nevada and so additional time is needed to file the brief.

5. An extension of time will ensure that the Court has appropriate briefing on Lombardo's Motion for Reconsideration before making a ruling. Neither party will suffer prejudice from an extension of time.

DATED this 7th day of May, 2025.

| KAEMPFER CROWELL | HAMILTON LAW |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant**<br>**Joseph Lombardo** | By: /s/ Ryan A. Hamilton<br>RYAN A. HAMILTON, ESQ.<br>Hamilton Law<br>5125 S. Durango Drive<br>Las Vegas, NV 89113<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

**DATED** this 8th day of May, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.278

Page 2 of 2